UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Laila Alizadeh, *et al.*,

    Plaintiffs,

v.

                                            Civil Case No. 20-12372

Morteza Katebian, *et al.*,              Sean F. Cox
                                                        United States District Court Judge

    Defendants.

_____/

## ORDER ADOPTING
## FEBRUARY 4, 2021 REPORT AND RECOMMENDATION

In a Report and Recommendation issued by Magistrate Judge David R. Grand on February 4, 2021, the magistrate judge recommends that Defendants' Motion to Stay (ECF No. 54) and Defendant Green Lake's Motion to Dismiss (ECF No. 58) be denied without prejudice.

The docket reflects that no party has filed objections to the Report and Recommendation within the time permitted for doing so. As such, the Court **ADOPTS** the February 4, 2021 Report and Recommendation and **DENIES WITHOUT PREJUDICE** Defendants' Motion to Stay (ECF No. 54) and Defendant Green Lake's Motion to Dismiss (ECF No. 58).

    **IT IS SO ORDERED**.

                                                                s/Sean F. Cox
                                                                Sean F. Cox
                                                                United States District Judge

Dated: February 25, 2021