UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Laila Alizadeh, *et al.*,

    Plaintiffs,

                                       Civil Case No. 20-12372

v.

Morteza Katebian, *et al.*,        Sean F. Cox
                                         United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## JUNE 1, 2021 REPORT AND RECOMMENDATION

In an Order issued on January 13, 2021, this Court referred this matter to Magistrate Judge David R. Grand for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b). (ECF No. 63).

In a Report and Recommendation issued by Magistrate Judge David R. Grand on June 1, 2021, he recommends that:

1)     The Katebian Defendants' Motion to Dismiss (ECF No. 79) be denied;

2)     Plaintiffs' Freeze Motion (ECF No. 80) be granted to the extent that it requests permission to conduct expedited discovery with respect to the issues raised in the Freeze Motion but denied without prejudice as to Plaintiffs' request for an order freezing the assets and bank accounts in question;

3)     The Katebian Defendants' Motion to Strike the Freeze Motion (ECF No. 88) be denied; and

4)     Plaintiffs' "Emergency Motion for (1) Protective Order, (2) Sanctions Against Defendants Morteza Katebian, Payam Katebian and Ali Behrouz for Witness Intimidation, and (3) for Criminal Referral" (ECF No. 85) be denied.

1

(*Id*.).

The docket reflects that no party has filed objections to the Report and Recommendation within the time permitted for doing so. As such, the Court **ADOPTS** the June 1, 2021 Report and Recommendation and **ORDERS** that**:**

1) The Katebian Defendants' Motion to Dismiss (ECF No. 79) is **DENIED**;

2) The Katebian Defendants' Motion to Strike Plaintiffs' Freeze Motion (ECF No. 88) is **DENIED.**

3) Plaintiffs' Freeze Motion (ECF No. 80) is **GRANTED** as to Plaintiffs' request for permission to conduct expedited discovery related to the issues raised in the Freeze Motion. As set forth in the R&R, Plaintiffs should, with Defendants' cooperation, promptly conduct the necessary discovery, which they expect to be able to do within 90 days. The motion is **DENIED WITHOUT PREJUDICE** as to Plaintiffs' request for an order freezing the assets and bank accounts in question. Plaintiffs may re-file their motion with the benefit of the additional evidence gleaned from the discovery process.

4) Plaintiffs' "Emergency Motion" (ECF No. 85) is **DENIED.**

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: June 25, 2021