UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKYMARK PROPERTIES
CORPORATION, INC., *et al.*,   Civil Action No. 20-12372

              Plaintiffs,   Sean F. Cox
                                                  United States District Judge

v.

                                                  David R. Grand
MORTEZA KATEBIAN, *et al.*,   United States Magistrate Judge

              Defendants.
_____/

## ORDER DENYING EMERGENCY MOTION
## TO ADJOURN HEARINGS (ECF No. 237)

At 5:11 p.m. on May 17, 2022, the Katebian Defendants filed an emergency motion to adjourn the hearings set for May 19, 2022. (ECF No. 237). The Court has set for hearing a slew of motions, many of which have been pending for months. The basis for the motion is that "there has been a breakdown in the relationship between [the Katebian] Defendants and their counsel, Mr. Walsh, and that those defendants "retained new counsel on Thursday, May 12, 2022," who "need[] time to digest the outstanding litigation before being able to address and hopefully resolve the issues that are before this Court." (*Id.*, PageID.17334-35). The Plaintiffs have filed a response opposing the motion. (ECF No. 238).

The Court will deny the motion to adjourn the hearing. First, while the motion asserts that "[i]t is anticipated that stipulations of substitutions of counsel will be tendered shortly," as of the present, no such stipulations have been filed. Nor has attorney Walsh

1

moved to withdraw as counsel to the Katebian Defendants. Indeed, the motion states that "[i]f the hearing proceeds on May 19, 2022, Mr. Walsh will be addressing all motions for which he has filed a response, and replacement counsel will be addressing all motions for which they have filed a response." (*Id.*, PageID.17334). Moreover, the Katebian Defendants' new counsel indicates that "[a] 'sit down' between counsel should resolve all or most of the issues addressed in the motions and at the very least narrow the remaining disputes." (*Id.*, PageID.17337). Keeping the current hearing date will facilitate those discussions. In fact, counsel should confer with one another about arriving early to the hearing so they can talk before going on the record.

Accordingly, **IT IS ORDERED** that the Katebian Defendants' motion to adjourn the upcoming hearing **(ECF No. 237)** is **DENIED**.

Dated: May 18, 2022                    s/ David R. Grand
                                        DAVID R. GRAND
                                        UNITED STATES MAGISTRATE JUDGE


### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. § 636(b)(1).


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 18, 2022.

                                        s/Eddrey O. Butts
                                        EDDREY O. BUTTS
                                        Case Manager