UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKYMARK PROPERTIES
CORPORATION, INC., *et al.*,

        Plaintiffs,

v.

MORTEZA KATEBIAN, *et al.*,

        Defendants.

_____/

Civil Action No. 20-12372

Sean F. Cox
United States District Judge

David R. Grand
United States Magistrate Judge

### REPORT AND RECOMMENDATION TO GRANT WITHOUT PREJUDICE DEFENDANTS MOSTAFA TABARY KATEBIAN FAMILY TRUST AND TECHCOM, INC.'S MOTION FOR SUMMARY (ECF No. 259)

Before the Court for a Report and Recommendation is a motion for summary judgment filed by defendants Mostafa Tabary Katebian Family Trust and Techcom, Inc. (ECF No. 259). The Court held oral argument on the motion on August 24, 2022. For the reasons stated on the record, **IT IS RECOMMENDED** that the motion **(ECF No. 259)** be **GRANTED WITHOUT PREJUDICE**.

While neither party objected to the summary judgment motion being granted without prejudice, and without limiting any party's right to file any pleading it deems appropriate, the Court reiterates its admonishment that the parties stop shooting from the hip and consider a "less is more" approach to the next chapters in this litigation. Just with respect to the August 24th hearing, the defense withdrew a two-month old motion at 4:52 p.m. on August 23rd. The defense also filed a reply brief on the summary judgment motion that attached substantive evidence which, if disclosed earlier, may have mooted or

significantly streamlined the motion.  For their part, plaintiffs devoted a substantial effort to allegations about defendant Ben Katebian supposedly unlawfully funnelling vast sums of money through defendant Techcom, but it now appears that a sizeable portion of those monies actually went *directly to plaintiffs*.  While plaintiffs' counsel indicated he would look into that matter with his clients, those discussions should have taken place before plaintiffs filed their amended complaint and summary judgment response brief.  Counsel for both sides also spent an inordinate amount of time arguing about document production issues that they should have been able to easily resolve through meaningful, good-faith discussions.

A number of motions remain pending.  While the Court will set those motions for hearing in the near future, it will require the parties to file a list of the motions' resolved and unresolved issues one week before the hearing.  Given the substantial guidance the Court has provided throughout this litigation, counsel should be able to resolve many, if not all, of the remaining issues on their own.

Dated: August 26, 2022  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474

U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir.1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir.1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge. A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via email addresses the court has on file.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager

Dated: August 26, 2022