UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKYMARK PROPERTIES
CORPORATION, INC., *ET AL.*,

    Plaintiffs,

Civil Case No. 20-12372

v.

MORTEZA KATEBIAN, *ET AL.*,

Sean F. Cox
United States District Court Judge

    Defendants.
_____/

# ORDER
## ADOPTING AUGUST 26, 2022 REPORT AND RECOMMENDATION AND GRANTING SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE

On January 13, 2021, this Court referred this matter to Magistrate Judge David R. Grand for all pretrial proceedings.

The matter is currently before the Court on a Report and Recommendation ("R&R") that Judge Grand issued on August 26, 2022. (ECF No. 287). In the R&R, Judge Grand recommends that a motion for summary judgment filed by Defendants Mostafa Tabary Katebian Family Trust and Techcom, Inc. (ECF No. 259) be granted without prejudice.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the August 26, 2022 Report and Recommendation and **ORDERS** that the motion for summary judgment filed by Defendants Mostafa Tabary Katebian Family Trust and Techcom, Inc. (ECF No. 259) is

1

**GRANTED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: September 12, 2022