UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKYMARK PROPERTIES
CORPORATION, INC., *et al.*,　　　　　　　　　　Civil Action No. 20-12372

　　　　　　　Plaintiffs,　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
v.
　　　　　　　　　　　　　　　　　　　　　　　　David R. Grand
MORTEZA KATEBIAN, *et al.*,　　　　　　　　　　United States Magistrate Judge

　　　　　　　Defendants.
_____/

## ORDER ON MOTIONS HEARD ON OCTOBER 26, 2022 (ECF Nos. 256, 267, 275, 276), TO AMEND SCHEDULING ORDER DATES, AND TO COMPEL CERTAIN PARTIES TO ATTEND IN-PERSON SETTLEMENT CONFERENCE

On October 26, 2022, the Court held oral argument on a handful of motions in this case filed by Plaintiffs, including: motion to compel Rouzbeh Behrouz and Majestic Food Service ("MFS") not to object to letters rogatory (ECF No. 256); renewed motion for sanctions (ECF No. 267); motion for entry of order regarding production of bank records (ECF No. 275); and motion to compel Rouzbeh Behrouz and MFS to produce documents (ECF No. 276). During the hearing, the parties reached a resolution as to certain aspects of the motions, and the Court made detailed rulings on the record as to the unresolved issues. Accordingly, **IT IS ORDERED** that the motions **(ECF Nos. 256, 267, 275, and 276)** are **GRANTED/DENIED** as specified on the record.

At the conclusion of the hearing the potential of a settlement conference was broached, and the Court has agreed to schedule one in the near future. Counsel shall promptly advise the Court which of the proposed dates will work for the conference, and

1

the Court will issue a notice of same. To facilitate a productive conference, the Court **ORDERS** as follows:

The parties shall meet and confer through their counsel in a good-faith attempt to narrow the issues to be discussed at the settlement conference. The following parties **must** attend the settlement conference **in-person**:

| **Plaintiffs** | **Defendants** |
|---|---|
| Laila Alizadeh | Morteza "Ben" Katebian |
| Troy Wilson | Payam Katebian |

The new discovery deadline shall be **February 17, 2023**, and the new dispositive motion cutoff date shall be **March 24, 2023**.

**IT IS SO ORDERED**.

Dated: October 28, 2022         s/ David R. Grand
                                DAVID R. GRAND
                                UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. § 636(b)(1).

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 28, 2022.

                                s/Julie Owens
                                Julie Owens
                                Case Manager