UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKYMARK PROPERTIES
CORPORATION, INC., *et al.*,                      Civil Action No. 20-12372

                Plaintiffs,             Sean F. Cox
                                        United States District Judge
v.
                                        David R. Grand
MORTEZA KATEBIAN, *et al.*,                       United States Magistrate Judge

                Defendants.
_____/

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| Witness Lists | April 7, 2023 |
| Discovery Cutoff (all discovery responses due) and Expert Witness Lists | May 31, 2023 |
| Initial Expert Reports | June 30, 2023 |
| Expert Discovery | July 31, 2023 |
| Expert Rebuttal Reports | August 14, 2023 |
| Rebuttal Expert Discovery | August 28, 2023 |
| Dispositive Motions | October 2, 2023 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | TO BE SCHEDULED |
| Joint Final Pretrial Conference | TO BE SCHEDULED |
| Trial Date | TO BE SCHEDULED |

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES OTHER THAN UPON MOTION SHOWING OF GOOD CAUSE.**

1

IT IS SO ORDERED.

Dated: January 12, 2023                     s/ David R. Grand
                                                                       DAVID R. GRAND
                                                                       UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2023.

                                                                      s/Eddrey O. Butts
                                                                      EDDREY O. BUTTS
                                                                      Case Manager