UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SKYMARK PROPERTIES CORPORATION, INC., et al, | Civil Action No. 2:20-cv-12372 |
| Plaintiffs, | Hon. Sean F. Cox |
| vs. | |
| MORTEZA KATEBIAN, et al. | Magistrate Judge David R. Grand |
| Defendants. | |

**INDEX OF EXHIBITS**

Exhibit A   Transcript of 11/26/22 Hearing on Motions 138, 155, 157, 158

Exhibit B   Opinion from Justice Perell dated March 3, 2023

Exhibit C   Declaration of Troy Wilson with Invoice from Attorney Symon Zucker