# EXHIBIT C

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAILA ALIZADEH, an individual,
SKYMARK PROPERTIES
CORPORATION, INC.,
a Delaware corporation,
LIBERTY & YORK, INC, a Delaware
corporation, SKYMARK
PROPERTIES II, LLC, a Michigan
limited liability company, SKYMARK
PROPERTIES III, LLC, a Michigan
limited liability company, SKYMARK
SPE, LLC, a Delaware limited liability
corporation, and 2399021 Ontario, Inc., a
Canadian corporation,

       Plaintiffs,

vs.

MORTEZA KATEBIAN, an individual,
PAYAM KATEBIAN, an individual,
MORROW GA INVESTORS, LLC, a
Delaware limited liability company,
2638168 ONTARIO, INC., a Canadian
corporation, FLEMINGTON CAPITAL
CORPORATION, a Delaware
corporation, JORDAN ASHER
SAMUEL, a Canadian individual,
PANTER SAHEBDIVANI, a Canadian
individual, HOSEINALI
SAHEBDIVANI, a Canadian individual,
ALI BEHROUZ, a Canadian individual,
and GREEN LAKE REAL ESTATE
FUND, LLC, a Delaware limited liability
company,

       Defendants.

Civil Action No. 2:20-cv-12372

Hon. Sean F. Cox

Magistrate Judge David R. Grand

## DECLARATION OF TROY WILSON

Troy Wilson, under penalty of perjury declare that I have prepared and read the foregoing and that it is true and correct to the best of my information and belief:

1.      I, Troy Wilson, am a resident of Elliot Lake, Ontario, Canada. I am a consultant representative for various corporations owned by Laila Alizadeh. I manage litigations for these companies and as such I am familiar with the costs associated with the various litigations.

2.      On February 16th, 2023 our Ontario counsel Symon Zucker was forced to attend a hearing in Toronto Ontario to argue the letter rogatory matter on our behalf. Mr. Zucker faced considerable opposition on that day however he did prevail and the letter rogatory application was issued by the Ontario court.

3.      I have now received the final invoice form Mr. Zucker with costs totaling $87,998.01 directly related to the letter rogatory matter.


FURTHER DECLARANT SAYETH NOT


Troy Wilson

Dated: March 13, 2023

# SYMON ZUCKER PROFESSIONAL CORPORATION
Barristers & Solicitors
375 University Avenue, Suite 701
Toronto, ON M5G 2J5

Ph:416-863-9955                    Fax:1-855-696-5441

Troy  Wilson                                                    March 13, 2023

File #:
Inv  #:            

**RE:**  **Skymark Properties et al ats. 63263101 Canada Inc. et al - Court File No.: CV-21-664559-0000**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-18-22 | ███████████████████ | | 450.00 | SZ |
| Nov-21-22 | ███████████████████ | ███ | 1,500.00 | SZ |
| | ███████████████████ | ███ | 140.00 | BE |
| Nov-24-22 | ███████████████████ | ███ | 20.00 | BE |
| Nov-25-22 | ███████████████████ | ███ | 20.00 | BE |
| Nov-30-22 | ███████████████████ | ███ | 2,100.00 | SZ |



| | | |
|---|---|---|
| | 40.00 | BE |
| Dec-07-22 | 825.00 | SZ |
| | 160.00 | BE |
| Jan-06-23 | 300.00 | SZ |
| Feb-01-23 | 2,475.00 | SZ |
| Feb-07-23 | 562.50 | SZ |
| Feb-08-23 | 3,450.00 | SZ |
| Feb-09-23 | 150.00 | SZ |
| | 60.00 | BE |
| Feb-10-23 | 1,020.00 | BE |
| Feb-11-23 | 6,150.00 | SZ |
| Feb-12-23 | 6,225.00 | SZ |
| Feb-13-23 | 6,600.00 | SZ |
| Feb-14-23 | 5,475.00 | SZ |



| Date | | Amount | Staff |
|---|---|---|---|
| Feb-15-23 | | 6,900.00 | SZ |
| | | 240.00 | BE |
| Feb-16-23 | | 5,475.00 | SZ |
| Feb-21-23 | | 2,625.00 | SZ |
| | | 20.00 | BE |
| | | 1,120.00 | LP |
| Feb-22-23 | | 220.00 | BE |
| | | 40.00 | BE |
| Feb-28-23 | | 225.00 | SZ |
| Mar-06-23 | | 1,800.00 | SZ |
| Mar-07-23 | | 375.00 | SZ |
| | | 80.00 | BE |
| Mar-09-23 | | 150.00 | SZ |



| | | | |
|---|---|---|---|
| | | 225.00 | SZ |
| | | 20.00 | BE |
| Mar-12-23 | | 825.00 | SZ |

| | | | |
|---|---|---|---|
| **Totals** | **86.75** | **$58,062.50** | |
| HST on Fees | | $7,548.13 | |

| | |
|---|---|
| **Total Fees, Disbursements & HST** | **$65,610.63** |
| Previous Balance | $22,387.38 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$87,998.01** |

| | |
|---|---|
| Total Tax: | $7,548.13 |
| HST #: | 806958484 RT0001 |

* tax-exempt